**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 97-41042
Summary Calendar

BEVERLY ANN MARTIN,

Plaintiff-Appellant,

VERSUS

UT HEALTH CENTER,

Defendant-Appellee.

Appeal from the United States District Court
For the Eastern District of Texas

(6:97-CV-527)

July 20, 1998

Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:*

The Plaintiff, Beverly Ann Martin, sued the Defendant, UT Health Center, alleging sex discrimination in violation of Title VII. The district court granted the Defendant's Motion for Dismissal because the Plaintiff did not file a timely charge with the Equal Employment Opportunity Commission ("EEOC"), as required by 42 U.S.C. § 2000e-5(e)(1). Title VII requires the aggrieved

*Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

party to file a complaint with the EEOC within three hundred days after the alleged unlawful employment practice occurred.  *See* 42 U.S.C. § 2000e-5(e)(1).  The plaintiff failed to file a complaint with the EEOC within the three hundred day jurisdictional window. Consequently, the district did not err by ordering dismissal.

AFFIRMED.